UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN PATRICK MOORE, II,

        Plaintiff,

        vs.

HEIDI WASHINGTON, et al,

        Defendants.

_____/

Case No. 21-CV-12564

HON. GEORGE CARAM STEEH

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION TO DENY WITHOUT PREJUDICE MOTION
<u>FOR EMERGENCY TRO AND PRELIMINARY INJUNCTION (ECF No. 22)</u>

Plaintiff John Patrick Moore, II brings this action against various Michigan Department of Corrections (MDOC) employees, alleging violations of his religious rights under the First and Fourteenth Amendments. Moore states that under MDOC Policy Directive (PD) 05.03.150 and Parnall Correctional Facility PR 5003, he faces "misconduct tickets, security increases, as well as direct physical injury" for engaging in his religious practices. ECF No. 1, PageID.10-11. Moore has moved to enjoin defendants from enforcing these policies. However, the version of the policy Moore seeks to enjoin was updated in January 2022. For this reason, the Magistrate Judge recommends that Moore's motion for

- 1 -

emergency temporary restraining order and preliminary injunction, ECF No. 3, be denied without prejudice.

No timely objections having been filed, the Court adopts the report and recommendation made by the Magistrate Judge. Now, therefore,

IT IS HEREBY ORDERED that the report and recommendation (ECF No. 22) is accepted and adopted by the Court.

IT IS HEREBY FURTHER ORDERED that defendant's motion for emergency temporary restraining order and preliminary injunction (ECF No. 3) is DENIED without prejudice.

It is so ordered.

Dated:   June 9, 2022

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 9, 2022, by electronic and/or ordinary mail and also on John Patrick Moore II, #713922, Parnall Correctional Facility – SMT, 1780 E. Parnall, Jackson, MI 49201.

s/Brianna Sauve
Deputy Clerk